## COUNTY OF MONTGOMERY v. CITY OF MONT-
GOMERY.

(Five cases.)

(Decided December 17, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

JOHN R. TYSON, and A. H. ARRINGTON, for appellant. W. A. GUNTER, for appellee.

Per curiam. Reversed and rendered on authority of *County of Montgomery v. City of Montgomery*, 190 Ala. 366, 67 South. 311.

MAYFIELD and SAYRE, JJ., dissent.